In the Matter of the Application of the PUBLIC SERVICE. COMMISSION FOR THE FIRST DISTRICT OF THE STATE OF NEW YORK Relative to Acquiring Title to Lands Required for Construction of the Lexington Avenue Rapid Transit Railroad.

THE EBLING COMPANY, Appellant; THE CITY OF NEW YORK, Respondent.

*Matter of Public Service Commission (Lexington Ave. R. T̄r. R̄. R.)*, 174 App. Div. 865, affirmed.

(Argued October 2, 1917; decided October 16, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered June 23, 1916, which affirmed an order of Special Term confirming the report of commissioners of appraisal in condemnation proceedings. Part only of appellant's land was taken and it complained that the commissioners of appraisal failed to include any sum for the consequential damage to the portion of the property not taken.

*Eugene Cohn* for appellant.

*Lamar Hardy, Corporation Counsel (Charles J. Nehrbas* and *Terence Farley* of counsel) for respondent.

Order affirmed, with costs, no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and CRANE, JJ. Not sitting: McLAUGHLIN, J.